AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-00053-JLS-KES                Stela Garcia, an individual v. South Coast Terrace Condominium Association

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* POWERSTONE PROPERTY MANAGEMENT, INC., a California Corporation

was received by me on *(date)* 01/15/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Karen Kannen, Agent for Service of Process, who is designated by law to accept service of process on behalf of *(name of organization)* Powerstone Property Management, Inc. (* see below for details) on *(date)* 1/16/2020 12:18 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*. Served the following concurrently therewith: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR MONETARY, DECLARATORY, AND INJUNCTIVE RELIEF; DEMAND FOR JURY TRIAL; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/16/2020

*Server's signature*

Cristina L.D. Smith
California Registered Process Server, Los Angeles County #2015225851

*Printed name and title*

SOCAL SUBPOENA SERVICES LLC
344 Coronado Avenue, Long Beach, CA 90814
T: (562) 436-0222

*Server's address*

Additional information regarding ~~attempted~~ service, etc:
* Karen Kennen, Agent for Service of Process (Caucasian female, 5'10", 165 lbs., blonde hair, brown eyes, 50-55 years of age), was personally served at 9060 Irvine Center Drive, Suite 200, Irvine, California 92618