

1   CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
2   4512 4th Street
La Mesa, CA 91941
3   Telephone: (619) 528-9600
Facsimile:  (619) 303-4814
4   email: cpfagan@faganlegal.com

5   Attorneys for all Plaintiffs

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

SOUTHERN DIVISION

10

11

12   ESTELA GARCIA, an Individual; IRMA )
CALDERON-CHAVEZ, an Individual; )
13   LORENA GONZALEZ, an Individual, )
                                 )
14      Plaintiffs,               )
                                 )
15      v.                         )
                                 )
16   SOUTH COAST TERRACE )
CONDOMINIUM ASSOCIATION, a )
17   California Corporation; POWERSTONE )
PROPERTY MANAGEMENT, INC., a )
18   California Corporation; TINA MORALES, an )
Individual;   and   DOES 1 through 10, )
19   Inclusive,                  )
                                 )
20      Defendants            )
                                 )
21

No. 8:20-cv-00053-JLS-KES

**STIPULATION   TO   VACATE
DECEMBER   10,   2020,
SETTLEMENT CONFERENCE**

22

23

24        It is stipulated and agreed between the parties that they are in agreement that the December 10,

25   2020, Settlement Conference, should be vacated, as the parties have enlisted the services of a mediator

26   from the Court's ADR list of mediators, Sidney Kanazawa, to conduct a mediation for the parties on

27   February 8, 2021.

28

**IT IS SO STIPULATED**

Dated: November 9, 2020

LAW OFFICES OF CRAIG P. FAGAN

By: **/s/Craig P. Fagan**
Craig P. Fagan
Attorneys for all Plaintiffs

DATED: November 9, 2020

THE PHILLIPS FIRM, APC

By: **/s/William Ryan**
William Ryan
Attorneys for Defendants SOUTH COAST TERRACE CONDOMINIUM ASSOCIATION and POWERSTONE PROPERTY MANAGEMENT, INC.

DATED: November 9, 2020

COMMUNITY LEGAL ADVISORS INC.

By: **/s/Mark Wilson**
Mark Wilson
Attorneys for Defendants SOUTH COAST TERRACE CONDOMINIUM ASSOCIATION and POWERSTONE PROPERTY MANAGEMENT, INC.

DATED: November 9, 2020

LEWIS, BRISBOIS, BISGAARD & SMITH

By: **/s/Joseph Micelli**
Joseph Micelli
Attorneys for Defendant
Agustina Reyes Montalvo