UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ESTELA GARCIA, an Individual; IRMA CALDERON-CHAVEZ, an Individual; LORENA GONZALEZ, an Individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTH COAST TERRACE CONDOMINIUM ASSOCIATION, a California Corporation; POWERSTONE PROPERTY MANAGEMENT, INC., a California Corporation; TINA MORALES, an Individual;  and  DOES 1 through 10, Inclusive,<br><br>    Defendants | Case No. 8:20-cv-00053-JLS-KES<br><br><br>**ORDER OF DISMISSAL** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: March 17, 2021

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE